**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **JEROLD GURLEY,** | ) | **CASE NO. 1:24CV2203** |
| | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| **CARLOS VELEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Court has filed its Opinion and Order in the above-captioned matter, granting

summary judgment in favor of Defendant Carlos Velez on qualified immunity and declining to

exercise supplemental jurisdiction over Plaintiff Jerold Gurley's state law claims. Accordingly,

this action is terminated pursuant to Federal Rule of Civil Procedure 58.

     **IT IS SO ORDERED.**
     **DATE: 5/19/2026**

      **s/Christopher A. Boyko**
      **HONORABLE CHRISTOPHER A. BOYKO**
      **UNITED STATES DISTRICT JUDGE**